UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA ROBERTSON,

    Plaintiff,

v.

JENNY CLAY, et al.,

    Defendants.

Case No. 25-cv-06545-JST

**ORDER ADMINISTRATIVELY CLOSING CASE AS OPENED IN ERROR; INSTRUCTIONS TO CLERK**

On or about August 4, 2025, the Court received a civil rights complaint from Plaintiff without a case number. ECF No. 1. The Court opened a civil rights action under the above-captioned case number. The Court has reviewed the complaint and it appears that Plaintiff intended to file this complaint in C No. 24-cv-0540 JST, *Robertson v. Napa State Hospital* ("*Robertson I*"). The defendants named are the defendants that Plaintiff identified when he requested leave in *Robertson I* to file a supplemental complaint. *Robertson I*, ECF No. 19. The complaint in this case, ECF No. 1, challenges the policies challenged in *Robertson I*. *Compare* ECF No. 1 with *Robertson I*, ECF Nos. 13, 15. The Clerk of the Court is therefore directed to **ADMINISTRATIVELY CLOSE** this action as opened in error. The Clerk is directed to docket ECF No. 1 in C No. 24-cv-0540 JST, *Robertson v. Napa State Hospital*, with a filed date of August 4, 2025. Because the action was opened in error, no filing fee is due.

    **IT IS SO ORDERED.**

Dated: October 6, 2025

                                              JON S. TIGAR
                                         United States District Judge